the plaintiff stipulates to reduce the verdict to $666.66, in which case the judgment is modified accordingly, and, as modified, judgment and order unanimously affirmed, without costs.

SOLOMON v. MANHATTAN & Q. TRACTION CORPORATION. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Louis Solomon against the Manhattan & Queens Traction Corporation. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 155 N. Y. Supp. 1142.

SOLOMON, Respondent, v. MANHATTAN & Q. TRACTION CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Louis Solomon against the Manhattan & Queens Traction Corporation. R. S. Sloan, of New York City, for appellant. P. T. Kammerer, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1142.

SORGE v. ALDEBARAN CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Angelina Sorge for compensation for herself and son for the death of her husband, Paul Sorge, under the Workmen's Compensation Law (Consol. Laws, c. 67), against the Aldebaran Company, employer, and the Zurich General Accident & Liability Insurance Company, insurance carrier. No opinion. Award unanimously affirmed.

SPAIN v. TALCOTT. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by William J. Spain against James Talcott. Motion denied to the extent stated in opinion per curiam. Settle order on notice. See, also, 165 App. Div. 815, 152 N. Y. Supp. 611.

SPALDING v. SPALDING. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Cora L. Spalding against Edwin S. Spalding. No opinion. Motion granted by default.

In re SPEAR. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) In the matter of the application of Clifford D. Spear for a writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.

SPIEGEL, Respondent, v. LOWENSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Wolfe M. Spiegel against Benjamin Lowenstein. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 162 App. Div. 443, 147 N. Y. Supp. 655.

STAMBUL, Respondent, v. MINER'S ESTATE, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Harry Stambul against the Estate of Henry G. Miner, deceased. A. H.

Sarasohn, of New York City, for appellant J. Fischer, of New York City, for respondent PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, P. J., dissents, on Miller v Waclark Realty Co., 139 App. Div. 49, 123 N Y. Supp. 837, and Myers v. Dean, 132 N. Y 72, 30 N. E. 259.

STANDARD COMPUTING SCALE CO. Appellant, v. HARTIGAN, Respondent. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Proceeding by the Standard Computing Scale Company against Joseph Hartigan, as commissioner, etc. H. C Smyth, of New York City, for appellant. J F. O'Brien, of New York City, for respondent No opinion. Order reversed, with $10 costs and disbursements, and motion for alternative writ of mandamus granted. Settle order on notice.

STEIN v. KING et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Samuel Z. Stein against Edward B. King and others. No opinion. Application denied, with $10 costs. Order signed

STEINBERG v. KEMMERICH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Moses Steinberg against Franz Kemmerich, wherein Smith & Bowman appeal. A. B. Smith, of New York City, for appellants. S. A. Lowenstein, of New York City, for respondent. No opinion Order affirmed, with $10 costs and disbursements. Order filed.

STERN v. METROPOLITAN LIFE INS CO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Solomon Stern against the Metropolitan Life Insurance Company. No opinion. Motion granted; questions certified. Order filed. See also, 154 N. Y. Supp. 472.

In re STEUER. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Max D. Steuer. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice.

STEVENS, Appellant, v. FOGLE; Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Albert H. Stevens against Corinne M Fogle, impleaded with others. No opinion Judgment and order reversed, and new trial granted, with costs to appellant to abide event upon questions of law only. Held, that the evidence of the witness George Hartley, given upon the trial of the executor's action, was improperly received, and its reception constitutes reversible error. See, also, 73 Misc. Rep. 417 130 N. Y. Supp. 1082.

STEVENS v. LEHIGH VALLEY R. CO (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Augustus Albert Stevens for compensation under the Workmen's Compensa